<span style="color:red">
Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000631
13-APR-2018
08:25 AM
</span>

NO. CAAP-16-0000631

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
SASCO MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BC3,
Plaintiff-Appellee,
v.
VINCENTE GARCES LITONJUA, JR.; and NIMFA HIPOLITO LITONJUA,
Defendants-Appellees,
and
KAAAWA PROPERTIES, LLC, Defendant-Appellant,
and
DOES 1-20, inclusive, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-0180)


ORDER APPROVING THE MARCH 21, 2018
STIPULATION FOR DISMISSAL OF APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed March 21, 2018, by Plaintiff-Appellee US Bank National Association, the papers in support, and the record, it appears that (1) the appeal was docketed on November 20, 2016; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, April 13, 2018.

Presiding Judge

Associate Judge

Associate Judge